**CHICAGO BOARD OPTIONS EXCHANGE, INCORPO- RATED, Appellant**

v.

**INTERNATIONAL SECURITIES EXCHANGE, LLC, Appellee.**

Nos. 2015–1728, 2015–1729, 2015–1730.

United States Court of Appeals, Federal Circuit.

March 25, 2016.

Steven M. Lieberman, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC, argued for appellant. Also represented by Joseph A. Hynds, Brian Andrew Tollefson.

Michael Martin Murray, Winston & Strawn LLP, New York, NY, argued for appellee. Also represented by Michael John Scheer, Los Angeles, CA; Geoffrey P. Eaton, Washington, DC.

O'MALLEY, MAYER, and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.